R. BRIAN DIXON, Bar No. CA 076247
MATTHEW J. RUGGLES, Bar No. CA 173052
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way, Suite 390
Sacramento, CA  95833.4227
Telephone:    916.830.7200

Attorneys for Defendant
PROGRESSIVE CASUALTY INSURANCE COMPANY

MICHAEL W. JONES, Bar No. CA 136872
HANSEN, CULHANE, KOHLS, JONES & SOMMER, LLP
3001 Lava Ridge Court, Suite 120
Roseville, CA  95661
Telephone:    916.781.2550

Attorneys for Plaintiffs
DEANNA ERICKSON, JASTON PATEL, KIMBERLY JANSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA ERICKSON, JASON PATEL, KIMBERLY JANSEN,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, AND DOES 1 THROUGH 10, inclusive,<br><br>Defendant. | Case No.  2:05-CV-02258-WBS-KJM<br><br>**STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br>[F.R.C.P. 41(A)(1)] |

Firmwide:80747696.1 011618.2012

STIPULATION AND REQUEST FOR DISMISSAL            CASE NO. 2:05-CV-02258-WBS-KJM

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA  95833.4227
916.561.5300

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Deanna Erickson, Jason Patel, and Kimberly Jansen and Defendant Progressive Casualty Insurance Company hereby stipulate and request that this entire action, including all parties and all causes of action, be dismissed with prejudice.

Dated: October 6, 2006

/s/  Michael W. Jones
MICHAEL W. JONES
HANSEN, CULHANE, KOHLS, ET AL.
Attorneys for Plaintiffs
DEANNA ERICKSON, JASON PATEL, KIMBERLY JANSEN

Dated: October 6, 2006

/s/  Matthew J. Ruggles
R. BRIAN DIXON
MATTHEW J. RUGGLES
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
PROGRESSIVE CASUALTY INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

Dated: October 23, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Firmwide:81550776.1 011618.2012

Firmwide:80747696.1 011618.2012

1

STIPULATION AND REQUEST FOR DISMISSAL    CASE NO. 2:05-CV-02258-WBS-KJM

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA  95833.4227
916.561.5300

PDF created with pdfFactory trial version www.pdffactory.com